# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**Timothy Jaques,**

    **Plaintiff,**

**-vs-**      **Case No. 3:10-CV-53**

**Commissioner of Social Security,**

    **Defendant.**

---

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

That (1) The ALJ's Non-Disability finding is not supported by substantial evidence; and it is REVERSED; (2) Judgment is entered in favor of plaintiff awarding benefits; and (3) this case is CLOSED.

Date: March 30, 2011                           JAMES BONINI, CLERK

                                                                                      By: s/Lori Kelsey

                                                                                       Lori Kelsey, Deputy Clerk